IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Zachary P. Cunningham,<br><br>    Defendant. | Case No. 09-CR-30066-MJR |

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**REAGAN, District Judge:**

      On October 21, 2009, the parties appeared before the Honorable Donald G. Wilkerson, a United States Magistrate Judge of this District. The United States presented a one-count superseding information against Defendant Zachary Cunningham, who waived being indicted on the charge, accusing him of uttering counterfeit obligations of the United States in violation of 18 U.S.C. § 471. (Doc. 15.) Pursuant to Federal Rule of Criminal Procedure 11 and Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Zachary Cunningham entered a guilty plea as to the sole count of the superseding information against him.

      By Report filed the same day, Judge Wilkerson recommends that the Court accept Cunningham's plea of guilty, order the preparation of a pre-sentence investigation and report, adjudicate Cunningham guilty of the charge and impose sentence accordingly. (Doc. 20.) The Report was sent to the parties along with a notice informing them of their right to object to Judge Wilkerson's Report. To date, no objections have been filed, and the period in which such objections may be filed has expired.

The Court **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendations (Doc. 20). Accordingly, the Court **ACCEPTS** Cunningham's plea of guilty, **ADJUDGES** Cunningham guilty and **REFERS** the matter to the United States Probation Office so that a pre-sentence investigation and report can be prepared. The Court also **RESETS** the sentencing hearing to **April 9, 2010, at 9:30 a.m.**

IT IS SO ORDERED.

DATED November 12, 2009.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge